# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RACHEL HARRIS, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:17-cv-75 |
| | : | |
| v. | : | Judge George C. Smith |
| | : | |
| WEXNER HERITAGE VILLAGE, | : | |
| | : | |
| Defendant. | : | |

## DISMISSAL ENTRY

Pursuant to agreement of the Parties, it is hereby **ORDERED** that the above-captioned action, and all claims asserted therein, are hereby dismissed with prejudice. Each Party shall bear its own attorneys' fees, costs, and expenses.

                                      *s/ George C. Smith*
                                      **George C. Smith, Judge**
                                      **United States District Court**

APPROVAL:

*/s/ Rachel A. Sabo*
Rachel A. Sabo (0089226)
The Friedmann Firm LLC
1457 S. High St.
Columbus, OH 43207
Telephone: (614) 610-9757
Email: Rachel@TheFriedmannFirm.com

*Attorney for Plaintiff Rachel Harris*